THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL SAIA, Appellant. (4 Cases.)

Argued October 16, 1947; decided November 13, 1947.

*Hayden C. Covington* and *Julius Himelfarb* for appellant.

*John S. Marsh, District Attorney* (*William E. Miller* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.